CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
APR 17 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LARRY MONROE,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF CHARLOTTESVILLE, et. al.,<br><br>*Defendants.* | CIVIL ACTION NO. 3:05-CV-00074<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendants' Motions for Abstention and Partial Summary Judgment are hereby DENIED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: _____
U.S. District Judge

April 17, 2006
Date

7