# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

LARRY MONROE

-vs-

CITY OF CHARLOTTESVILLE, VA., ET AL

Action No.: 3:05CV00074

Date: 7/20/07

Judge: Norman K. Moon

Court Reporter: Carol Jacobs

## LIST OF WITNESSES

Attorney

Deborah C. Wyatt; Neal Walters;
Corban Klug

Attorney

Richard Milnor;
Alvaro Inigo

PLAINTIFF/GOVERNMENT:

1. Deborah C. Wyatt
2. 
3. 
4. 

DEFENDANT:

1. 
2. 
3. 
4. 

**PROCEEDINGS:**

PRETRIAL MOTIONS HEARING: Counsel present. Plaintiff's renewed motion for class certification as to Count 1. Plaintiff's evidence, witness: Deborah C. Wyatt. Cross by defendant's counsel. Re-direct by plaintiff's counsel. No further evidence by plaintiff. Discovery matters brought to Court's attention. Arguments by counsel.

COURT RULING: Court took under advisement.

Total time in Court: 1:19 PM - 2:33 PM > 1 hour 14 minutes    Judy C. Farabee, Supervisory Deputy Clerk