IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

LARRY MONROE, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CITY OF CHARLOTTESVILLE,
VIRGINIA, et al.,

    Defendants.

Civil Action No. 3:05-CV-00074

### AFFIDAVIT OF LARRY MONROE

The Affiant, Larry Monroe, after being duly sworn, stated the following to be true and correct to the best of his personal knowledge.

1) I see a lot of police officers on the Charlottesville downtown mall and speak with them.

2) I have spoken with Officer Sclafani and may have told him that I had not heard anything in a while from my lawyer and that I wondered what was taking so long with the court case.

3) I do not recall ever telling Officer Sclafani or any officer that Ms. Wyatt would not return my calls and do not believe I ever made such a statement since such a statement would not have been true.

4) I do not recall ever telling Officer Sclafani or any officer anything to indicate I did not want to proceed with the case and do not believe I ever made such a statement since such a

statement would not have been true.

5) I think what the police did was wrong to all the black people like me who had their DNA taken, especially for no reason since I did not fit any description other than being black, and I want to continue with this suit for myself and for others.

6) I know of others who have been upset by this DNA practice of the Charlottesville police and would like to be part of this case.

7) I asked Ms. Wyatt and later Mr. Walters to represent me and I still want them to.

THE AFFIANT SAID NOTHING FURTHER.

_____
Larry Monroe

COMMONWEALTH OF VIRGINIA

CITY/COUNTY OF _Charlottesville_, to wit,

The foregoing Affidavit was sworn and acknowledged before me this 23rd day of July, 2007, by Larry Monroe.

_____
Darlene Kay Kring
Notary Public

My commission expires: _12/31/2011_

DARLENE KAY KRING
Notary Registration No. 7078355
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
My Commission Expires: December 31, 2011