CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 27 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LARRY MONROE, *Plaintiff,* <br><br> v. <br><br> CITY OF CHARLOTTESVILLE, VIRGINIA, AND <br><br> TIMOTHY J. LONGO, SR. (IN HIS OFFICIAL CAPACITY), AND <br><br> JAMES MOONEY (IN HIS OFFICIAL CAPACITY), <br><br> *Defendants* | CIVIL NO. 3:05cv00074 <br><br><br> ORDER <br><br><br><br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's request for class certification. (*See* Second Am. Compl. ¶¶ 11–17) For the reasons stated in the accompanying Memorandum Opinion, I find that Plaintiff would not adequately represent the proposed class, as is required by Rule 23(a)(4) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's request is hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ _____
United States District Judge

August 27, 2007
Date

– 10 –