CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 12 2007
JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LARRY MONROE, *Plaintiff,* | CIVIL NO. 3:05cv00074 |
| v. | ORDER |
| CITY OF CHARLOTTESVILLE, VIRGINIA, ET AL. *Defendants.* | JUDGE NORMAN K. MOON |

Upon Plaintiff's Motion to Remove Ad Hominem References and For Correction (docket entry no. 96), the Memorandum Opinion of August 27, 2007 (docket entry no. 94) is hereby SUPERSEDED by the attached Corrected Memorandum Opinion.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

Date: Sept. 12, 2007